UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURICE OPARAJI,

                          Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA A. HAGLER-SINGLETON,

                          Defendants.
------------------------------------------------------------------X
MAURICE OPARAJI,

                          Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
------------------------------------------------------------------X

JUDGMENT
00-CV- 5953 (ENV)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 1 5 2006 ★

P.M. _____
TIME A.M. _____

02-CV- 3900 (ENV)

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on May 11, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated April 6, 2006; and dismissing the cases for want of prosecution; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that the cases are dismissed for want of prosecution.

Dated: Brooklyn, New York
       May 12, 2006

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court

By /s/ Terry Vaughn
Chief Deputy for Operations